# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2014

*The Court of Appeals hereby passes the following order*

## A14D0411. THE LAMAR COMPANY, L.L.C. v. STATE OF GEORGIA DEPARTMENT OF TRANSPORTATION et al..

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13A07351



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 15, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*